JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TIMOTHY NEWTON, | ) CASE NO. 5:13-CV-00422-VAP-OP |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| MIDLAND CREDIT MANAGEMENT, INC. and DOES 1 to 20, inclusive, | ) |
| Defendants. | ) |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

DATED: June 24, 2013_____

*Virginia A. Phillips*

UNITED STATES DISTRICT JUDGE